**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
JANICE V. ARELLANO, ESQ. (ATTORNEY ID NO: 110032015)
955 STATE ROUTE 34, SUITE 200
MATAWAN, NEW JERSEY 07747
Tel.: (732) 583-7474
Fax: (732) 566-7687
E-mail: jarellano@cgajlaw.com
Attorneys for Defendants City of Hackensack, Stephen LoIacono and Tomas Padilla

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES KEN ZISA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HAVILAND, TIMOTHY CONDON, ZAIDA MOLINA, BERGEN COUNTY PROSECUTOR DETECTIVES JOHN DOES 1 - 10, LAURA CAMPOS, JOHN HERRMANN, JOSEPH AL-AYOUBI, ANTHONY FERRAIOLI, HACKENSACK POLICE OFFICERS AND EMPLOYEES JOHN DOES 11-20, ERIC AROSEMOWICZ, STEPHEN LOIACONO, TOMAS PADILLA, POLICE AND OTHER EMPLOYEES OF THE CITY OF HACKENSACK JOHN DOES 21-30, CITY OF HACKENSACK, COUNTY OF BERGEN, BERGEN COUNTY PROSECUTOR'S OFFICE,<br><br>Defendant. | Case No.: 2:17-cv-05551-JMV-CLW<br><br>Civil Action<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING SERVICE LIST** |

**PLEASE TAKE NOTICE** that I, Janice V. Arellano, hereby withdraw as counsel for Defendants City of Hackensack, Stephen LoIacono and Tomas Padilla in this matter. Accordingly, please remove me from the list of electronic case filing recipients for this matter.

**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys for Defendants, City of Hackensack,
Stephen Lo Iacono and Tomas Padilla

Dated:  By: */s/ Janice Arellano*
               JANICE ARELLANO

## ORDER

The above application is GRANTED on or about August 18, 2023.

ORDER DATED:

                                    MELISSA E. RHOADS, Clerk

                              By:_____
                                     Deputy Clerk